UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER JAMES AMANTE,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>TIM VIRGA,<br><br>　　　　　Respondent. | Case No: C 11-00975 SBA (PR)<br><br>**JUDGMENT** |

　　　In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

　　　IT IS HEREBY ORDERED THAT final judgment is entered for Respondent.

　　　IT IS SO ORDERED.

Dated: 9/30/14

　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge